# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SHARIKA NICOLE JENKINS,**

      **Plaintiff,**

**v.**                                                                      **Case No:   6:15-cv-2134-Orl-31KRS**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   UNOPPOSED MOTION FOR ENTRY OF JUDGMENT WITH REMAND (Doc. No. 22)**
>
> **FILED:     July 20, 2016**

The Commissioner of the Social Security Administration requests that this case be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Commissioner believes that remand would be appropriate for further administrative proceedings. Specifically, the Appeals Council will

> Instruct the Administrative Law Judge (ALJ) to: consolidate the subsequent applications filed on September 25, 2013 and November 2, 2015; create a single electronic record; and offer the claimant an opportunity for a new hearing and issue a new decision on the consolidated claims. Additionally, the Appeals Council will instruct the ALJ to address all medical source opinions of record.

Doc. No. 22, at 1. Plaintiff does not oppose the request for remand. *Id.*

Accordingly, it is respectfully **RECOMMENDED** that the final decision of the Commissioner be **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and that the case be **REMANDED** for further proceedings consistent with the Commissioner's undertaking in the motion.  It is further **RECOMMENDED** that the Court **DIRECT** the Clerk of Court to issue a judgment consistent with the Order on this Report and Recommendation and to, thereafter, close the file.

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 20, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy