# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SHARIKA NICOLE JENKINS,

    Plaintiff,

v.                                Case No:   6:15-cv-2134-Orl-31LRH

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER

This cause comes before the Court on Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 30), filed January 15, 2019.

On March 20, 2019 (Doc. 36), the United States Magistrate Judge issued a report (Doc. 36) recommending that the motion be granted. A joint statement of no objection to the Report was filed March 22, 2019 (Doc. 37). Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion for fees (Doc. 30) is **GRANTED.** Mr. Culbertson is authorized to charge and collect from the Claimant a total of $11,864.00 in § 406(b) fees.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 25, 2019.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party